BRYAN SCHRODER
United States Attorney

JENNIFER IVERS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00022-TMB-DMS |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| vs. | ) | FIREARM |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| RICKY IETI MOTI, | ) | 924(a)(2) |
| | ) | |
| Defendant. | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION: |
| | ) | Pursuant to 18 U.S.C. § 924(d) and |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 30, 2019, within the District of Alaska, the defendant, RICKY IETI MOTI, knowingly having been convicted of crimes punishable by

imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, one Mossberg model 500AG 12 Gauge shotgun.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| October 20, 2017 | Third Degree Misconduct Involving Weapons – Felon in Possession | Superior Court for the State of Alaska | 3AN-17-05576CR |
| May 26, 2017 | Second Degree Robbery | Superior Court for the State of Alaska | 3AN-17-02879CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, RICKY IETI MOTI, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following: one Mossberg model 500AG 12 Gauge shotgun, H865600, and any associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

S/ Jennifer Ivers
JENNIFER IVERS
Special Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:     February 18, 2020